# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KHRISTY N. RIDGEL

VERSUS

NORTH AMERICAN CAPACITY
INSURANCE COMPANY AND
SOUTHEASTERN JUMP PARKS, LLC

NO.  2020 CW 0460

**JULY 20, 2020**

---

In Re:    North  American  Capacity  Insurance  Company  and
          Southeastern Jump Parks, LLC, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 688402.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JEW**
**GH**

**McClendon, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT